



★ ★ ★                                                ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00138-CR

Gerry Baldazo **DELACRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2007 CR 10738
Honorable Catherine Torres Stahl, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: March 10, 2010

DISMISSED

Appellant filed a notice of appeal seeking to appeal from a sentence imposed on January 26, 2009. The judgment was in accordance with appellant's plea bargain agreement, and the record does not contain a trial court's certification showing appellant has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH